UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TEMPUS AIRCRAFT SALES & SERVICE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 4:17-cv-00057-JRH-GRS |
| SIGNATURE FLIGHT SUPPORT CORPORATION, | ) ) ) | (JURY DEMANDED) |
| Defendant. | ) ) ) | |

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Tempus Aircraft Sales & Service, LLC, Plaintiff herein, certifies the following is a full and complete list of the parties in this action:

| Name: | Identification & Relationship: |
|---|---|
| Tempus Aircraft Sales & Service, LLC | Plaintiff |
| Signature Flight Support Corporation | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors or trustees of the above-identified parties:

**For Tempus Aircraft Sales & Service, LLC:**

John G. Glubin, III, Manager

**For Signature Flight Support Corporation (upon information and belief):**

Maria Sastre, President and Chief Operating Officer

Connie Alden, Chief Human Resources Officer

Ben Weaver, Chief Financial Officer

Geoff Heck, Senior Vice President Sales and Marketing

Larry Jorash, Senior Vice President Operations

John Redcay, Senior Vice President Revenue Management

Shawn Hall, Senior Vice President Strategy and Business Development

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| **Name:** | **Identification & Relationship:** |
|---|---|
| John G. Glubin, III | Sole Owner--Plaintiff |
| BBA Aviation, PLC (upon information and belief) | Parent/holding company--Defendant |

*** Undersigned counsel believes there are other unidentified individuals and/or entities affiliated with Defendant; however, undersigned counsel is not privy to this information at this time.

This 22nd day of March 2017.

                                            **RAHIMI, HUGHES & PADGETT, LLC**

                                            BY:   s/ Robert C. Hughes, III
                                                      **ROBERT C. HUGHES, III**
                                                      Georgia State Bar No. 140993
                                                      ATTORNEYS FOR PLAINTIFF

33 Bull Street, Suite 590
Savannah, GA 31401
(912) 421-9988
rhughes@rhp-law.com