UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TEMPUS AIRCRAFT SALES & SERVICE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:17-cv-57-JRH-GRS |
| SIGNATURE FLIGHT SUPPORT CORPORATION, | ) ) ) | (JURY DEMANDED) |
| Defendant. | ) ) ) | |

**DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION'S
DISCLOSURE STATEMENT
S.D. GA. LR 7.1.1**

The undersigned, counsel of record for Defendant SIGNATURE FLIGHT SUPPORT CORPORATION ("Signature") certifies that the following is a full and complete list of the parties in this action:

Tempus Aircraft Sales & Service, LLC  (Plaintiff)

Signature Flight Support Corporation (Defendant)

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

As to Tempus:  John G. Gulbin

Officers and Directors as to Signature Flight Support Corporation are as follows:

| Name | Title | Title Role |
|---|---|---|
| Bankowitz, Jeffrey T. | Director | Director |

| Sastre, Maria A. | Director | Director |
|---|---|---|
| Weaver, Benjamin Adam | Director | Director |
| Alden, Constance L | Chief Human Resources Officer | Officer |
| Bankowitz, Jeffrey T. | General Counsel | Officer |
| Bankowitz, Jeffrey T. | Secretary | Officer |
| Bankowitz, Jeffrey T. | Vice President | Officer |
| Click, Christa | Assistant Treasurer | Officer |
| Marcinik, Daniel | Assistant Secretary | Officer |
| McLaughlin, Barbara | Assistant Treasurer | Officer |
| Rinka, Patrick K. | Assistant Secretary | Officer |
| Sastre, Maria A. | Chief Operating Officer | Officer |
| Sastre, Maria A. | President | Officer |
| Weaver, Benjamin Adam | Chief Financial Officer | Officer |
| Weaver, Benjamin Adam | Treasurer | Officer |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% of more of a party's stock):

1. BBA Aviation plc, which is publicly traded on the London Stock Exchange and is the ultimate parent company of Signature Flight Support Corporation.

2. Murray, Morin & Herman, PA, counsel for Defendant.

3. Rahimi, Hughes, & Padgett, LLC, counsel for Plaintiff.

4.  Law Offices of Fred C. Begy III, counsel for Plaintiff.

Respectfully submitted, this 11th day of August, 2017.

*s/ Nathan M. Wheat*

**NATHAN M. WHEAT**
Georgia Bar No. 751217
nwheat@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
101 E. Kennedy Blvd., Suite #1810
Tampa, Florida 33602
Tel:  813-222-1800
Fax:  813-222-1801
Attorney for Defendant

**JOHN M. MURRAY**
Florida Bar No. 157325
jmurray@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
101 E. Kennedy Blvd., Suite #1810
Tampa, Florida 33602
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify on this date the foregoing document is being served on all parties identified below in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically any Notices of Electronic Filing.

*s/ Nathan M. Wheat*
**NATHAN M. WHEAT**
Georgia Bar No. 751217
nwheat@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
101 E. Kennedy Blvd., Suite #1810
Tampa, Florida 33602
Tel:   813-222-1800
Fax:  813-222-1801
Attorney for Defendant

## SERVICE LIST

**Fred C. Begy, III, Esq.**
Law Offices of Fred C. Begy, III, P.C.
200 N. La Salle Street, Suite 2810
Chicago, IL 60601
Tel: (312) 236-0708
Fax: (312) 236-0719
Email: fbegy@fredbegylaw.com
Illinois ARDC No.: 0156876
*Counsel for Plaintiff*

**Robert C. Hughes, III, Esq.**
33 Bull Street, Suite 590
Savannah, GA 31401
Tel: (912) 421-9988
Email: rhughes@rhp-law.com

*Counsel for Plaintiff*