# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By jburrell at 11:55 am, Dec 14, 2018*

TEMPUS AIRCRAFT SALES & SERVICE, LLC,

      Plaintiff,

    v.

SIGNATURE FLIGHT SUPPORT CORPORATION,

      Defendant.

CIVIL ACTION NO.: 4:17-cv-57

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal filed on December 5, 2018, stating that the parties seek to dismiss all claims and counterclaims with prejudice. (Doc. 56.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this action with prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 14th day of December, 2018.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA